**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT REGIONAL MEDICAL CENTER, INC. and JFK MEMORIAL HOSPITAL, INC. dba JOHN F. KENNEDY MEMORIAL HOSPITAL,<br><br>Plaintiffs,<br><br>vs.<br><br>SISTEMAS MEDICOS NACIONALES, S.A. de C.V. dba SIMNSA HEALTH PLAN; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00116-JGB-SP<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Having considered the parties' Stipulation for Dismissal with Prejudice of Entire Action, and good cause appearing therefor,

IT IS ORDERED that the Stipulation is granted and this matter is hereby dismissed with prejudice, with each party to pay its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2023

Honorable Jesus G. Bernal
United States District Judge